IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRON BROOKS, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06-1621 |
| | ) | Judge Gary L. Lancaster/ |
| STEVE DEVLIN, Owner, Renewal, Inc. | ) | Magistrate Judge Amy Reynolds Hay |
| Pencapp Program; LINDA DAVIN, | ) | |
| Director, Renewal, Inc. Pencapp Program; | ) | |
| STAFF MEMBER CHIPPICH, Renewal | ) | |
| Inc. Pencapp; STAFF MEMBER | ) | |
| KRISTOFIK, Renewal, Inc. Pencapp | ) | |
| Program, | ) | |
| Defendants | ) | |

## ORDER

AND NOW, this 6th day of June, 2007, after the Plaintiff, Barron Brooks, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint is dismissed pursuant to the screening provisions of the Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996) ("PLRA").

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Barron Brooks
400 10th Avenue
Munhall, PA 15120